THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 23, 2015

Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| CHARLES ANDREW HOFFKINS and | ) | Case No. 15-30114-SVK |
| SUZANNA MARIE HOFFKINS, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

**ORDER CONVERTING CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13**

The Debtors filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

IT IS HEREBY ORDERED THAT:

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Debtors, within fourteen (14) days from the date of this Order, shall file a Chapter 13 Plan.

#####

Drafted by:
Anton B. Nickolai
State Bar No. 1060676
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com