THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 9, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
CHARLES ANDREW HOFFKINS and
SUZANNA MARIE HOFFKINS,
Debtors.

Chapter 13
Case No. 15-30114-SVK

### ORDER DISALLOWING CLAIM NO. 8 FILED BY THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES

On November 2, 2016 the Chapter 13 Standing Trustee filed an objection to Claim no. 8 filed by THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES.   The Trustee gave due notice to the Claimant to file a response and request for hearing on or before December 2, 2016 if the Claimant did not want the claim reduced, modified, or eliminated.   No response was filed by the Claimant.   The evidence referenced in the Trustee's objection establishes that the objection should be sustained.

IT IS THEREFORE ORDERED:   Claim No. 8 filed by THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST

Prepared by:
Office of the Chapter 13 Trustee/sk
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344

COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, is disallowed in its entirety as a late filed claim.

#####

Prepared by:
Office of the Chapter 13 Trustee/sk
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344