UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
CHARLES ANDREW HOFFKINS
SUZANNA MARIE HOFFKINS
        Debtors.

Chapter 13
Case No. 15-30114-SVK

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION**

---

Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed plan filed by the Debtors.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    The proposed plan is not feasible.

The Trustee respectfully requests that a hearing be set in this matter.

    Dated at Milwaukee, Wisconsin, on January 22, 2018

                            OFFICE OF CHAPTER 13 TRUSTEE

                            /s/_____
                            Scott Lieske, Chapter 13 Trustee
                            Robert W. Stack, Staff Attorney
                            Christopher D. Schimke, Staff Attorney
                            Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:      Chapter 13
CHARLES ANDREW HOFFKINS &     Case No. 15-30114-SVK
SUZANNA MARIE HOFFKINS,
           Debtors.

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        NICKOLAI & POLETTI, LLC

    I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        CHARLES ANDREW HOFFKINS & SUZANNA MARIE HOFFKINS
        705 COBB ROAD
        ELKHORN, WI 53121

    Dated:   January 22, 2018

                                  /s/_____
                                  Tongula Washington
                                  Administrative Assistant
                                  Office of the Chapter 13 Trustee
                                  P.O. Box 510920
                                  Milwaukee, WI 53203
                                  T: (414) 271-3943
                                  F: (414) 271-9344