

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT: *Katherine M. Perhach*

DATED: April 17, 2020

Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re
Charles Andrew Hoffkins and
Suzanna Marie Hoffkins,
Debtors.

Chapter 13
Case No. 15-30114

---

### ORDER DENYING RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT FILED BY US BANK TRUST, NATIONAL ASSOCIATION

---

On March 17, 2020, the Court held a hearing on the Debtors' Objection to the Renewed Motion for Relief from Stay and Abandonment ("Motion") filed by US Bank Trust, National Association. (the "Creditor") with respect to the Debtors' property located at 705 Cobb Rd., Elkhorn, WI 53121-9475. The Trustee's attorney, Sandra Baner, the Debtors' attorney, William Nikolai, and the Creditor's attorney, Michael Dimand, appeared. Based on the representations made on the record,

IT IS THEREFORE ORDERED: the Creditor may file a supplemental proof of claim in the amount of $8,650.80, consisting of 6 payments from October 1, 2019 to March 1, 2020 each in the amount of $1,585.54, less suspense amount of $862.44; and

IT IS FURTHER ORDERED: the Debtors must make timely mortgage payments from April 2020 through December 2020 (the "Doomsday Period") to the Creditor in sufficient time to be received on or before the 16th day of each month in which each such payment is due. If the Debtors default, the Creditor may submit an affidavit of default and a proposed order granting relief from the automatic stay to the Court for signature; and

IT IS FURTHER ORDERED: this is a Doomsday Order under this Court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders; and

IT IS FURTHER ORDERED: the Creditor may renew the Motion by letter to the Court with a copy to the Debtors and Debtors' counsel for defaults subsequent to the Doomsday Period should payments not be received by Creditor on or before the 16th day of each month in which each such payment is due; and

IT IS FURTHER ORDERED: the Debtors shall file a modified plan within 30 days after the filing of the supplemental proof of claim; and

IT IS FURTHER ORDERED: the amount of the monthly mortgage payment is $1585.54 and payments shall be made to the Creditor's Payment Processing Center at BSI Financial Services, 314 S. Franklin St. PO Box 517, Titusville, PA 16354.

#####