UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re Charles A. Hoffkins and Suzanna M. Hoffkins, Debtors. | Case No. 15-30114-GMH Chapter 13 |

## ORDER REGARDING DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF US BANK TRUST NA AND REQUEST FOR ACCOUNTING

A hearing on Debtors' objection to Notice of Payment Change of US Bank Trust NA and Request accounting having come before the Court on October 19, 2021 at 2:30 p.m., appearances by Kirk M. Fedewa, counsel for Debtors, and Robert W. Stack, counsel for the Chapter 13 Trustee. No appearance was made on behalf of US Bank Trust NA. After reviewing the filings in this case and for the reasons stated on the record,

IT IS HEREBY ORDERED: that US Bank Trust NA must file and serve on the Debtors with a complete account history from January 2018 through and including August 2021 on or before November 23, 2021.

#####

Michael J. Watton, Esq.
Watton Law Group
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203
Telephone (414) 273-6858
Facsimile (414) 273-6894